B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Energy Concepts, Inc.**                                  Case No.
                                    Debtor(s)                     Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABCO Refrigeration Supply<br>801 N. Callowhill Street<br>Philadelphia, PA 19123 | ABCO Refrigeration Supply<br>801 N. Callowhill Street<br>Philadelphia, PA 19123 | | | 102,000.00 |
| City of Philadelphia<br>Department of Revenue<br>PO Box 1630<br>Philadelphia, PA 19105-1630 | City of Philadelphia<br>Department of Revenue<br>PO Box 1630<br>Philadelphia, PA 19105-1630 | business privilege and wage taxes | | 74,165.00 |
| Betsie Figueroa<br>Victor Sena<br>1324 Springside Drive West<br>Chambersburg, PA 17202 | Betsie Figueroa<br>Victor Sena<br>1324 Springside Drive West<br>Chambersburg, PA 17202 | | Disputed | 50,000.00 |
| AVCO Supply Inc.<br>7014 Beaver Dam Road<br>Levittown, PA 19057 | AVCO Supply Inc.<br>7014 Beaver Dam Road<br>Levittown, PA 19057 | | | 28,695.95 |
| Penn Credit/State Workman's Insurance Fu<br>P.O. Box 1259<br>Department 91407<br>Oaks, PA 19456 | Penn Credit/State Workman's Insurance Fu<br>P.O. Box 1259<br>Department 91407<br>Oaks, PA 19456 | | | 14,512.05 |
| Mitts Milavec<br>Two Logan Square, 12th Fl.<br>Eighteenth & Arch Sts.<br>Philadelphia, PA 19103 | Mitts Milavec<br>Two Logan Square, 12th Fl.<br>Eighteenth & Arch Sts.<br>Philadelphia, PA 19103 | | | 12,402.75 |
| Riley Sales<br>P.O. Box 290<br>Plymouth Meeting, PA 19462-0290 | Riley Sales<br>P.O. Box 290<br>Plymouth Meeting, PA 19462-0290 | | | 8,359.04 |
| Lennox Industries<br>P.O. Box 799900<br>Dallas, TX 75379 | Lennox Industries<br>P.O. Box 799900<br>Dallas, TX 75379 | | | 8,136.60 |
| Warren Tochterman<br>2136 Bristol Pike<br>Bensalem, PA 19020 | Warren Tochterman<br>2136 Bristol Pike<br>Bensalem, PA 19020 | Landlord | | 7,400.00 |
| McCullough Rubbish<br>115 Harmony Road<br>Levittown, PA 19056 | McCullough Rubbish<br>115 Harmony Road<br>Levittown, PA 19056 | | | 6,383.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Energy Concepts, Inc.** / Debtor(s)    Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Courier Times, Inc.<br>8400 Route 13<br>Levittown, PA 19057 | Courier Times, Inc.<br>8400 Route 13<br>Levittown, PA 19057 | | | 5,277.00 |
| Luce Schwab<br>110 Gaither Dr. #B<br>Mount Laurel, NJ 08054 | Luce Schwab<br>110 Gaither Dr. #B<br>Mount Laurel, NJ 08054 | | | 4,269.62 |
| United Healthcare Ins.<br>Dept. CH 10151<br>Palatine, IL 60055 | United Healthcare Ins.<br>Dept. CH 10151<br>Palatine, IL 60055 | | | 4,000.00 |
| Independence Blue Cross<br>P.O. Box 1210<br>Newark, NJ 07101 | Independence Blue Cross<br>P.O. Box 1210<br>Newark, NJ 07101 | | | 3,404.84 |
| Aetna<br>PO Box 7247-0221<br>Philadelphia, PA 19170 | Aetna<br>PO Box 7247-0221<br>Philadelphia, PA 19170 | | | 2,433.00 |
| Verizon Wireless<br>c/o RPM<br>20816 44th Ave. West<br>Lynnwood, WA 98036 | Verizon Wireless<br>c/o RPM<br>20816 44th Ave. West<br>Lynnwood, WA 98036 | | | 2,198.98 |
| Pennsylvania Dept of Revenue<br>Dept. 280946<br>Attn Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept of Revenue<br>Dept. 280946<br>Attn Bankruptcy Division<br>Harrisburg, PA 17128-0946 | | | 2,038.00 |
| PECO<br>2301 Market St.<br>Philadelphia, PA 19103-1380 | PECO<br>2301 Market St.<br>Philadelphia, PA 19103-1380 | | | 1,358.95 |
| Sprint Wireless<br>P.O. Box 7993<br>Overland Park, KS 66207-0993 | Sprint Wireless<br>P.O. Box 7993<br>Overland Park, KS 66207-0993 | | | 1,253.78 |
| Philadelphia Parking Authority<br>P.O. Box 41818<br>Philadelphia, PA 19101 | Philadelphia Parking Authority<br>P.O. Box 41818<br>Philadelphia, PA 19101 | | | 1,252.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Energy Concepts, Inc.**  Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 3, 2011**           Signature **/s/ Ronald C. Musser, Jr.**
                                              **Ronald C. Musser, Jr.**
                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.